18 A.3d 1032

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. SHAREEF EDMONDS, DEFENDANT–RESPONDENT.

May 12, 2011.

This matter having been duly presented to the Court, it is ORDERED that the motion for leave to appeal is granted.